UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Tamara Bussinger Krzyaniak,**

        **Plaintiff,**     CASE NUMBER: 13-12137
                  HONORABLE VICTORIA A. ROBERTS
                  MAGISTRATE JUDGE WHALEN

v.

**Commissioner of Social Security,**

        **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 18, 2014, Magistrate Judge Hluchaniuk issued a Report and Recommendation [Doc.13], recommending that Defendant's Motion for Summary Judgment [Doc. 11] be GRANTED and Plaintiff's Motion for Summary Judgement [Doc. 8] be DENIED. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).

The Court adopts the Report and Recommendation. Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**.

Judgment will enter in favor of Defendant.

    **IT IS ORDERED**.

                                    S/Victoria A. Roberts
                                    Victoria A. Roberts
                                    United States District Judge

Dated:  August 26, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 26, 2014.

S/Linda Vertriest
Deputy Clerk

2